UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA MACINTOSH, a married woman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GINO MORENA ENTERPRISES, LLC, a California Limited Liability Corporation,<br><br>　　　　Defendant. | No. CV-10-0178-CI<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND CLOSING THE FILE |

　　Before the court is the parties' Stipulation for Order of Dismissal With Prejudice. (Ct. Rec. 13.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8.) Accordingly,

**IT IS ORDERED:**

　　1.　The above captioned matter is dismissed with prejudice and without costs.

　　2.　The file of the captioned matter is **CLOSED**.

　　3.　The District Court Executive is directed to file this Order and provide copies to counsel for the parties.

　　DATED February 15, 2011.

　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING ACTION WITH PREJUDICE AND CLOSING THE FILE